Submitted on briefs August 1, 1988, petition for judicial review dismissed
February 22, 1989

## RAUL RIOS,
*Petitioner,*

*v.*

## OREGON STATE PENITENTIARY,
*Respondent.*

### (A/S-25; CA A46069)

768 P2d 944

Raul Rios, Salem, filed the brief *pro se* for petitioner.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Philip Schradle, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Petitioner, an inmate in the penitentiary, seeks review of an "order" dated August 26, 1987, that he asserts assigned him to administrative segregation for one year. The parties do not dispute that petitioner was placed in administrative segregation on August 25, 1987, and remained there for more than seven days. An order placing an inmate in administrative segregation for more than seven days is reviewable. *See Evans v. OSP,* 87 Or App 514, 743 P2d 168 (1987). Petitioner had 30 days from the date of the order for which review is sought to petition for review. ORS 421.195. He filed the petition on October 16, 1987. It is untimely, whether his appeal is from the August 26, 1987, document or from an order of September 4, 1987, that respondent asserts is the order that assigned petitioner to administrative segregation commencing August 25, 1987.

Petition for judicial review dismissed.